1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   NATHANIEL J. WALTERS
3  Assistant United States Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300
   Email: Nathaniel.Walters@usdoj.gov
6  Attorneys for Plaintiff

FILED
2024 DEC -4  PM 1: 21
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-08590 TUC-SHR(MSA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Aristeo Ruelas (001),
Counts 1-6,

Jesus Barraza (002),
Counts 1-3,

John Gastellum Rivera (003),
Counts 4-6,

    Defendants.

No.

**INDICTMENT**

VIO:  18 U.S.C. § 933(a)(3)
(Trafficking in Firearms)
Count 1

18 U.S.C. §§ 922(a)(6) and 924(a)(2)
(Material False Statement During the Purchase of a Firearm)
Counts 2 – 6

18 U.S.C. § 2(a)
(Aiding and Abetting the Commission of an Offense)
Counts 2 – 6

18 U.S.C. §§ 924(d) and 934(a)(1)(A);
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**(UNDER SEAL)**

**THE GRAND JURY CHARGES**:

## COUNT 1

On or about October 5, 2023, in the District of Arizona, Defendants ARISTEO RUELAS and JESUS BARRAZA, did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: one (1) Barrett Model M82A1 50 BMG Semi-Automatic Rifle (S/N: AA016518), knowing or having reasonable cause to believe that such receipt would constitute a felony, or did attempt or conspire to do so.

All in violation of Title 18, United States Code, Section 933(a)(3).

## COUNT 2

On or about August 30, 2023, in the District of Arizona, the defendant, JESUS BARRAZA, in connection with the acquisition of a firearm, to wit: one (1) Barrett Model M82A1 50 BMG Semi-Automatic Rifle (S/N: AA016518), from Tucson Equestrian Trading Post, a license dealer of firearms within the meaning of chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Tucson Equestrian Trading Post, which statement was intended and likely to deceive Tucson Equestrian Trading Post, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented he was the actual transferee/buyer of said firearm.

Defendant ARISTEO RUELAS aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNT 3

On or about October 5, 2023, in the District of Arizona, the defendant, JESUS BARRAZA, in connection with the acquisition of a firearm, to wit: one (1) Barrett Model M82A1 50 BMG Semi-Automatic Rifle (S/N: AA016411), from The HUB, a license dealer of firearms within the meaning of chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The HUB, which statement was intended and likely to deceive The HUB, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented he was the actual transferee/buyer of said firearm.

Defendant ARISTEO RUELAS aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNT 4

On or about March 22, 2023, in the District of Arizona, the defendant, JOHN GASTELLUM RIVERA, in connection with the acquisition of a firearm, to wit: one (1) Barrett Model M82A1 50 BMG Semi-Automatic Rifle (S/N: AA015901), from Tucson Equestrian Trading Post, a license dealer of firearms within the meaning of chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Tucson Equestrian Trading Post, which statement was intended and likely to deceive Tucson Equestrian Trading Post, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented he was the actual transferee/buyer of said firearm.

Defendant ARISTEO RUELAS aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNT 5

On or about June 16, 2023, in the District of Arizona, the defendant, JOHN GASTELLUM RIVERA, in connection with the acquisition of a firearm, to wit: one (1) FN Model M249 5.56mm Semi-Automatic Rifle (S/N: M249SA09168), from Tucson Equestrian Trading Post, a license dealer of firearms within the meaning of chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Tucson Equestrian Trading Post, which statement was intended and likely to deceive Tucson Equestrian Trading Post, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented he was the actual transferee/buyer of said firearm.

Defendant ARISTEO RUELAS aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNT 6

On or about October 4, 2023, in the District of Arizona, the defendant, JOHN GASTELLUM RIVERA, in connection with the acquisition of a firearm, to wit: one (1) Zastava Model ZPAP92 7.62x39 Semi-Automatic Rifle (S/N: Z92-104040), from Tucson Equestrian Trading Post, a license dealer of firearms within the meaning of chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Tucson Equestrian Trading Post, which statement was intended and likely to deceive Tucson Equestrian Trading Post, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented he was the actual transferee/buyer of said firearm.

Defendant ARISTEO RUELAS aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Six of the Indictment, the defendants, ARISTEO RUELAS, JESUS BARRAZA, AND JOHN GASTELLUM RIVERA, shall forfeit to the United States: (1) any firearms and ammunition involved in the commission of the offense, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c); and (2) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense, pursuant to Title 18, United States Code, Section 934(a)(1)(A).

The property to be forfeited includes, but is not limited to:
- One (1) Barrett Model M82A1 50 BMG Semi-Automatic Rifle (S/N: AA016518);
- One (1) Barrett Model M82A1 50 BMG Semi-Automatic Rifle (S/N: AA016411);

*United States of America v. Ruelas et al.*
*Indictment Page 4 of 5*

- One (1) Barrett Model M82A1 50 BMG Semi-Automatic Rifle (S/N: AA015901);
- One (1) FN Model M249 5.56mm Semi-Automatic Rifle (S/N: M249SA09168); and
- One (1) Zastava Model ZPAP92 7.62x39 Semi-Automatic Rifle (S/N: Z92-104040).

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Sections 924(d) and 934(a)(1)(A), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: December 4, 2024

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/
NATHANIEL J. WALTERS
Assistant U.S. Attorney

*United States of America v. Ruelas et al.*
*Indictment Page 5 of 5*